UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**United States of America**

    **v.**                                                          Case No. 11-cr-61—01-PB

**Rafael Benietz**

## O R D E R

Defendant Rafael Benietz, through counsel, has moved to continue the trial scheduled for February 7, 2012, citing the need for additional time so that his attorney may address a personal matter and prepare for trial. The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow time for the parties to properly prepare for trial, the court will continue the trial from February 7, 2012 to April 3, 2012. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The court will hold a final pretrial conference on March 26, 2012 at 4:00 p.m. No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

January 30, 2012

cc: Alexander Cain, Esq.
Jennifer Davis, AUSA
United States Probation
United States Marshal